FILED

AUG 19 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 5:26 CR 361 |
| | ) | Title 21, United States Code, |
| JEFFREY GWEN, | ) | Sections 841(a)(1), |
| PHILLIP HADISE MOBLEY, | ) | (b)(1)(A)(viii), and 846 |
| | ) | JUDGE PEARSON |
| | ) | |
| Defendants. | ) | |

COUNT 1
(Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846)

The Grand Jury charges:

1. Beginning on or around October 24, 2023, and continuing through on or around November 3, 2023, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants JEFFREY GWEN, PHILLIP HADISE MOBLEY, and others unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others, unknown to the Grand Jury, to distribute and to possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that:

A. MOBLEY and others known and unknown to the Grand Jury, supplied GWEN with quantities of methamphetamine for re-distribution in and around the Northern District of Ohio, Eastern Division.

B. GWEN paid MOBLEY via online payment applications.

C. Members of the conspiracy used cellular telephones to communicate with one another and with their customers about narcotics transactions.

ACTS IN FURTHERANCE OF THE CONSPIRACY

3. In furtherance of the conspiracy, and to affect the goals and conceal the existence thereof, Defendants and others performed acts in the Northern District of Ohio, Eastern Division, and elsewhere, including but not limited to the following:

4. On or about October 24, 2023, at 12:26 p.m., GWEN received a short code text message from Navy Federal Credit Union reference GWEN sending a $1,500.00 Zelle payment to PHILLIP MOBLEY.

5. On or about October 24, 2023, at approximately 12:26 p.m., GWEN sent a text message to MOBLEY stating, “Send me the other ones/Sent one to Zelle.” MOBLEY replied “XXX-XXX-3339/Hadise83@gmail.com;”

6. On or about October 24, 2023, at 1:43 p.m., GWEN attempted to send $2,100.00 to MOBLEY, but it was declined.

7. On or about October 24, 2023, at 1:51 p.m., GWEN sent a screenshot to MOBLEY of phone calculator depicting “5,900” and “What I sent.” GWEN also sent a screenshot of “$2,000.00 Zelle processing to Hadise M at hadise83@gmail.com from Navy Federal Credit Union.”

8. On or about October 25, 2023, at 10:39 p.m., GWEN sent a text message to MOBLEY advising, "1175 Andrus St, Akron, OH 44301," and MOBLEY replied, "Ok."

9. On or about October 26, 2023, at 5:18 p.m., GWEN took a screenshot of a Facetime call showing a Total Box receipt for FedEx ground home delivery of a package sent to M. R., XXXX Andrus Street, Akron, OH 44301 with tracking number 785591582700 and an expected arrival of November 1, 2023, which was later found to contain 7576 grams (16.7 pounds) of methamphetamine.

10. On or about October 26, 2023, at 5:18 p.m., GWEN took a screenshot of a Facetime call showing a Total Box receipt for FedEx ground home delivery of a package sent to to S. P., XXX Mull Ave, Apt #6F, Akron, OH 44313 with tracking number 785591700874 and an expected arrival of November 1, 2023, which was later found to contain 5777 grams (12.77 pounds) of methamphetamine.

11. On or about October 27, 2023, at 1:07 a.m., GWEN took a screenshot of a hotel reservation details for IBAN Dallas Park Central Hotel located at on Lyndon B. Johnson Freeway in Dallas, Texas, from October 27, 2023, to October 30, 2023, in the name of GWEN.

12. On or about October 27, 2023, at 1:14 p.m., GWEN flew from Cleveland, Ohio, to Dallas, Texas.

13. On or about October 27, 2023, at 11:27 p.m., GWEN used his cellular telephone to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

14. On October 29, 2023, at 9:33 a.m., GWEN used his cellular telephone to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

15. On October 30, 2023, at 5:25 a.m., GWEN connected to an IP address located IBAN Dallas Park Central Hotel located on Lyndon B. Johnson Freeway, Dallas, Texas, to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

16. On October 30, 2023, at 8:44 a.m., GWEN flew from Dallas, Texas, to Cleveland, Ohio.

17. On October 30, 2023, at 9:31 a.m., GWEN used his cellular telephone to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

18. On October 30, 2023, at 6:05 p.m., GWEN used his cellular telephone at his residence to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

19. On October 31, 2023, at 10:21 a.m., GWEN used his cellular telephone at his residence to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

20. On October 31, 2023, at 11:27 p.m., GWEN used his cellular telephone to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

21. On November 1, 2023, at 2:21 a.m., GWEN used his cellular telephone to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

22. On November 1, 2023, at 9:58 a.m., GWEN used his cellular telephone at his residence to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

23. On November 1, 2023, at 1:32 p.m., GWEN took a screenshot of a FedEx tracking website for FedEx tracking number 7855 9158 2700 (Andrus Street parcel). Tracking shows "delivered, 11/1/23 at 1:19 p.m., "POLICESEIZED;"

24. On November 1, 2023, at 1:33 p.m., GWEN sent a text message to MOBLEY of a screenshot which stated, "FedEx tracking number 7855 9158 2700 [Andrus Street parcel]. Tracking shows delivered, 11/1/23 at 1:19 p.m., "POLICESEIZED;"

25. On November 1, 2023, at 2:02 p.m., MOBLEY used his home internet to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

26. On November 1, 2023, at 3:24 p.m., GWEN used his cellular telephone at his residence to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

27. On November 1, 2023, at 4:06 p.m., GWEN took a screenshot of a FedEx tracking website for FedEx tracking number 7855 9170 0874 [Mull Avenue parcel]. Tracking shows delivered, 11/1/23 at 4:03 pm, "SEIZEDBYPOLICE;"

28. On November 1, 2023, at 4:07 p.m., GWEN sent a text message to MOBLEY of a screenshot which stated, "FedEx tracking number 7855 9170 0874 (Mull Avenue parcel). Tracking shows delivered, 11/1/23 at 4:03 p.m., 'SEIZEDBYPOLICE;'"

29. On November 2, 2023, at 1:47 p.m., MOBLEY used his home internet to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

30. On November 3, 2023, at 6:33 a.m., MOBLEY used his cellular telephone to track FedEx parcel 7855 9170 0874 and FedEx parcel 7855 9158 2700.

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE

The Grand Jury further charges:

31. The allegations contained in Count 1 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offense, Defendants JEFFREY GWEN and PHILLIP HADISE MOBLEY shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of

the offense charged herein; and any and all of their property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.